# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEHU KESSA-SAA TABANI, a/k/a ALFONSO PERCY PEW, | : |
| Plaintiff | : Civil No. 3:15-CV-676 |
| | : (Judge Kosik) |
| v. | : |
| | : (Magistrate Judge Carlson) |
| TOM WOLFF, et al., | : |
| Defendants | : |

## MEMORANDUM ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Alfonso Percy Pew, also known as Sehu Kessa-Saa Tabani, is a prodigious and prodigiously unsuccessful *pro se* litigant. Indeed, a website of the Pennsylvania Department of Corrections which contains an "Inmate Strike Index" reveals that the plaintiff previously has initiated at least three civil actions in federal courts which were dismissed either as frivolous or for failing to state a claim upon which relief can be granted. See Pew v. Cox, Civil No. 93-4128 (E.D. Pa. August 20, 1993)(dismissed as frivolous); Pew v. Kosik, Civil No. 95-143 (M.D. Pa. Apr. 7, 1995)(dismissed for failure to state a claim); Pew v. Moyer, Civil No. 96-714 (M.D. Pa. June 7, 1996)(dismissed for failure to state a claim).

Despite history of litigative failure, Pew has filed yet another *pro se* complaint, suing the Governor of Pennsylvania and the Secretary of the Department of Corrections because of concerns Pew has regarding his meal service at the State Correctional Institution Camp Hill. Thus, Pew has sued state officials who have had no direct involvement in the matters about which he complains, his personal food service, in a complaint which does not allege well pleaded facts which would support a claim against either of these supervisory officials. (Doc. 5.)

We have recommended dismissal of this complaint, a recommendation that remains pending before the district court. (Doc. 25.) Undeterred, Pew has filed motions urging the Court to commence litigating issues in this case. (Docs. 26 and 27.) Since there is pending a recommendation to dismiss this lawsuit entirely, Pew's requests are premature. Therefore, these motions (Docs. 26 and 27.), are DENIED, without prejudice to renewal of these motions following the district court's resolution of the pending Report and Recommendation.

So ordered this 11th day of September 2015.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
